*Roosevelt Warren,* for appellees.

## 34811. CALE v. CALE.

1. This court has determined that this is a proper case for application of Rule 59.

2. This court finds that this appeal was taken for delay only, and the clerk is directed to enter ten percent damages on the judgment of $3,500 upon the remittitur. Code Ann. § 6-1801.

*Judgment affirmed without opinion pursuant to Rule 59. All the Justices concur.*

SUBMITTED APRIL 20, 1979 — DECIDED SEPTEMBER 10, 1979.

*Torin D. Togut,* for appellant.

*Lipscomb, Manton & Johnson, John P. Manton,* for appellee.